UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER SINGH, | No. 2:14-cv-1566-EFB P |
| Petitioner, | |
| v. | ORDER |
| JEH CHARLES JOHNSON, et al., | |
| Respondents. | |

Petitioner is federal detainee proceeding with a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to the parties' consent. E.D. Cal. Local Rules, Appx. A, at (k).

On January 14, 2015, respondents filed a motion to dismiss the petition as moot. Petitioner has not filed an opposition or a statement of no opposition to respondent's motion to dismiss. On February 26, 2015, the court warned petitioner that failure to respond to the motion could result in this action being dismissed.[1] *See* Fed. R. Civ. P. 41(b). The court also granted petitioner a 21-day extension of time to respond. The time for acting has passed and petitioner

---

[1] Although it appears from the file that petitioner's copy of this order was returned, petitioner was properly served. It is the petitioner's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1  has not filed an opposition, a statement of no opposition, or otherwise responded to the court's
2  order. Petitioner has disobeyed this court's orders and failed to prosecute this action. The
3  appropriate action is dismissal without prejudice.
4      Accordingly, it is hereby ORDERED that this action is dismissed without prejudice. *See*
5  Fed. R. Civ. P. 41(b); E.D. Cal. Local Rule 110, 183(b).
6  Dated: March 25, 2015.

                        EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE